## (January 13, 1953.)

WILLIAM J. LUDOVICI, Respondent, v. JOHN F. TROMMER, INC., et al., Appellants.— In an action brought by plaintiff to recover damages, in a first cause of action, for breach of an alleged oral agreement by the corporate defendant and, in a second cause of action, for alleged tortious interference with said agreement by the individual defendant, and for other relief, defendants appeal from an order denying their motion for summary judgment on the first and second causes of action. Order affirmed, with $10 costs and disbursements. In our opinion issues of fact are presented which require a trial. Nolan, P. J., Carswell, Adel, Wenzel and MacCrate, JJ., concur.

## (January 19, 1953.)

OSCAR DRAEGER et al., Appellants, v. ALFRED W. PARRY, JR., Respondent.— In an action to recover damages for personal injuries, plaintiffs appeal from so much of an order for the examination before trial of the defendant as failed to allow the examination in the form and on all the items sought, and from an order denying a motion for leave to renew the original motion. Orders affirmed, with one bill of $10 costs and disbursements; the examination to proceed on ten days' notice. No opinion. Nolan, P. J., Carswell, Adel, Wenzel and MacCrate, JJ., concur.